ANGELO ESPOSITO, Respondent, v. ANTHONY IACOBELLI and Another, Appellants. ELIZABETH ESPOSITO, by ANGELO ESPOSITO, Her Guardian ad Litem, Respondent, v. ANTHONY IACOBELLI and Another, Appellants. PERRY BRUNDIGE, Respondent, v. ANTHONY IACOBELLI and Another, Appellants. CHARLOTTE BRUNDIGE, by ENNA BRUNDIGE, Her Guardian ad Litem, Respondent, v. ANTHONY IACOBELLI

and Another, Appellants.— The infant plaintiffs were passengers in a car of defendant Anthony Iacobelli, which was being driven by his brother, Frank Iacobelli. While the car was proceeding north past a truck parked near the east curb of the street it collided with a car proceeding south which was passing a car parked near the west curb of the street. From the result of the collision the injuries were sustained. Defendants claim no negligence was established; that the verdicts are against the weight of the evidence, and that the verdicts were excessive. Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.